# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STILLWATER LAKES CIVIC ASSOC., INC.:

    **Plaintiff**

v.      3:08-CV-2264
    (JUDGE MARIANI)

**NOREEN GORKA**, et al.,

    **Defendants**

## ORDER

**AND NOW, THIS 25TH DAY OF OCTOBER 2013**, upon consideration of Defendants' Motion for Relief from Judgment (Doc. 137), oral argument and hearing held on September 11, 2013, and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Relief from Judgment (Doc. 137) is **DENIED**.

2. Defendants' Motion for Hearing (Doc. 151) is **DENIED AS MOOT**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge